DONNA PRESTEL v. MARK BENNETT.

February 6, 1984.

Petition for certification denied.

GARWOOD G. STRIMPLE v. WESTERN ELECTRIC
COMPANY, INC.

February 6, 1984.

Petition for certification denied.

ARTHUR Z. KAMIN v. LEON SMOCK.

February 6, 1984.

Petition for certification denied.

JEAN ZAJAC v. TOWNSHIP COMMITTEE OF THE
TOWNSHIP OF WYCKOFF.

February 6, 1984.

Petition for certification denied.